1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   MARGARET W. LAMBROSE
3  Assistant Federal Public Defender
   Nevada State Bar No. 11626
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Maggie_Lambrose@fd.org

7  Attorney for Mario Cortes-Alvarez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>MARIO CORTES-ALVAREZ,<br><br>   Defendant. | Case No. 2:20-mj-00968-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Mario Cortes-Alvarez, that the Preliminary Hearing currently scheduled on February 22, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

  This Stipulation is entered into for the following reasons:

1. An arraignment and plea is currently scheduled for February 24, 2021 in this case.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 17th day of February, 2021.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00968-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MARIO CORTES-ALVAREZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 22, 2021 at the hour of 4:00 p.m., be vacated and continued to March 22, 2021 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 17th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE